**98–1815.  Disciplinary Counsel v. Simakis.**

On September 2, 1998, movant, Disciplinary Counsel, filed an amended motion for an order to appear and show cause, requesting the court to issue an order requiring respondent to appear and show cause why he should *not be held in contempt for failing to obey this court's order of suspension dated July 2, 1998.*  On October 29, 1998, the court granted the motion to the extent that respondent was ordered to show cause by filing a written response why he should not be found in contempt.  Respondent did not respond to the order.  Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that respondent George Konstantine Simakis appear in person before this court on Tuesday, February 9, 1999, at 9:00 a.m.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

*Thursday, January 7, 1999*

# MOTION DOCKET

**98–2061.  State v. Franklin.**

Montgomery C.P. No. 97CR1139.  This cause is pending before the court as an appeal from the Court of Common Pleas of Montgomery County.  Upon consideration of appellant's motion for extension of time for transmission of the record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to February 3, 1999.  No further extensions will be granted.

**98–2449.  State v. Issa.**

Hamilton C.P. No. B9709438.  This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County.  Upon consideration of appellant's motion for extension of time for transmission of the record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to March 1, 1999.  No further extensions will be granted.

**98–2605.  State v. Graham.**

Sandusky App. No. S–97–050.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  Upon consideration of appellant's motion for stay of court of appeals' judgment entered October 26, 1998,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

# MISCELLANEOUS DISMISSALS

**98–1442.  State v. Sova.**

Cuyahoga App. Nos. 71923 and 71924.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due November 20, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**98–1595.  State ex rel. Cooper & Tire Rubber Co. v. Indus. Comm.**

Franklin App. No. 97APD04–591.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.